UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO.: 2:19-cr-166-FtM-38NPM

ANDERSON PAUL
_____

## ORDER[1]

Before the Court, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(c)(1)(B), is the United States' Motion for Preliminary Order of Forfeiture for Substitute Asset filed December 3, 2020. (Doc. 119). The Defendant, Anderson Paul, has not responded to the motion and the time to do so has expired. The Government seeks forfeiture of real property owned by Anderson Paul in satisfaction of the $50,000.00 Order of Forfeiture entered by this Court against Paul on August 31, 2020. (Doc. 109). The real property subject to forfeiture is described as follows:

> **The real property located at 2568 SW Monterrey Lane, Port Saint Lucie, Florida 34953, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:**
>
> **Lot 29, Block 1645, PORT ST. LUCIE SECTION FIVE, according to the Plat thereof, recorded in Plat Book 12,**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**Page(s) 15,15A through 15 inclusive, of the Public Records of St. Lucie County, Florida.**
**Parcel ID: 3420-520-0370-000-0.**

Pursuant to 21 U.S.C. § 853(p), the August 31, 2020 forfeiture order against Paul in the amount of $50,000.00 stated that because the $50,000.00 was dissipated by the Defendant, the Government may seek, as a substitute asset, forfeiture of any of the defendant's property up to the value of $50,000.00.

To-date, no other assets have been forfeited or applied to the order of forfeiture and no payments have been made by the Defendant toward the order of forfeiture. The balance remains $50,000.00.

As outlined in paragraph 12 of the plea agreement, the Defendant stipulates to forfeiture of substitute assets in the amount of the proceeds he obtained from commission of the offense, further agreeing not to oppose any motion for substitute assets filed by the United States. (Doc. 83).

After review of the record, the Government's motion, and applicable law, the Court finds that the Government is entitled to forfeit the afore-referenced substitute asset in satisfaction of Paul's order of forfeiture.

Accordingly, it is now **ORDERED** that the United States' Motion for Preliminary Order of Forfeiture for Substitute Asset (Doc. 119) is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Federal Rule of

Criminal Procedure 32.2(e)(1)(B), the real property described above is **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b)(1), in satisfaction of the defendant's order of forfeiture.

Assuming no third-party files a successful claim to the real property, the net proceeds from the forfeited real property will be credited towards satisfaction of the defendant's order of forfeiture.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute asset forfeited to the United States up to the amount of the order of forfeiture.

**DONE AND ORDERED** in Fort Myers, Florida on December 29, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record

3