UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

2:20-cr-101-FtM-38NPM
CASE NO.: 2:19-cr-166-FtM-38NPM

ANDERSON PAUL

### **ORDER**[1]

This matter comes before the Court following the Zoom video status conference held January 11, 2021, at which hearing both parties were present, including the Defendant, Anderson Paul. The hearing was set to discuss Defendant Ander Paul's Unopposed Motion to Continue Sentencing filed January 8, 2021 ([Doc. 128](#)) which requested the Court continue the Sentencing hearing for ninety-days.  The Court granted (in-part) the continuance via endorsed order on January 8, 2021 (Docket Entry 129) but set the status conference to address a new sentencing date with the parties.

For the reasons stated on the record and because the relief is unopposed by the Government, the Court **GRANTS** the ninety-day continuance as requested in Defendant Anderson Paul's Unopposed Motion to Continue

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Sentencing (Doc. 128).  The Clerk **SHALL** reschedule the Sentencing hearing for April 12, 2021 at 10:30am.

**DONE AND ORDERED** in Fort Myers, Florida on January 11, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record