UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:19-cr-166-SPC-NPM

ANDERSON PAUL
_____/

# **FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

Before the Court is the United States' Motion for a Final Order of Forfeiture for Substitute Asset. (Doc. 146). The Government seeks an order of forfeiture for $50,000.00 in lieu of forfeiting the real property described below, in satisfaction of the defendant's $50,000 order of forfeiture:

> **The real property located at 2568 SW Monterrey Lane, Port Saint Lucie, Florida 34953, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:**
>
> **Lot 29, Block 1645, PORT ST. LUCIE SECTION FIVE, according to the Plat thereof, recorded in Plat Book 12, Page(s) 15,15A through 15 inclusive, of the Public Records of St. Lucie County, Florida.**
>
> **Parcel ID: 3420-520-0370-000-0.**
>
> **(the Monterrey Lane Property).**

On December 29, 2020, Court entered a preliminary order of forfeiture for the Monterrey Lane Property. (Doc. 126).

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the Monterrey Lane Property on the official government website, www.forfeiture.gov,

beginning on January 1, 2021 and continuing through January 30, 2021. The publication gave notice to all third parties with a legal interest in the Monterrey Lane Property to file a petition to adjudicate their interest within 60 days of the first date of publication with the Clerk of the Court, United States Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, Florida 33901. (Doc. 135).

In accordance with 21 U.S.C. § 853(n), the United States also properly noticed the only parties known to have a potential interest in the Monterrey Lane Property, including the St. Lucie County Tax Collector and Wells Fargo Bank, N.A.

Because the United States is seeking to forfeit funds tendered by Anderson Paul in lieu of the Monterrey Lane Property, any potential third-party claims relating to the Monterrey Lane Property are moot. Pursuant to a Stipulated Settlement Agreement the United States entered into with Anderson Paul, the United States agreed to forfeit $50,000.00 tendered by Anderson Paul in lieu of the Monterrey Lane Property.

The United States' motion is **GRANTED**. Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the $50,000.00 is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the $50,000.00 is now vested in the United States of America.

The proceeds from the forfeited funds will be credited towards the satisfaction of the defendant's Order of Forfeiture.

It is **FURTHER ORDERED** that all right, title, and interest in the Monterrey Lane Property is vested in Anderson Paul.

**DONE** and **ORDERED** in Fort Myers, Florida, on May 12, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record